1          JUDGE RONALD B. LEIGHTON

2

3

4

5

6              UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
7                     AT TACOMA

8   UNITED STATES OF AMERICA,        )     NO. CR05-5309RBL
9                                     )
              Plaintiff,              )
10                                    )
              vs.                     )     ORDER GRANTING STIPULATED
11                                    )     MOTION TO CONTINUE TRIAL
    RICHARD A. PEIRCE,                )     DATE
12                                    )
              Defendant.             )
13   _____)

14
              Upon the stipulation of the parties to continue the trial date in the above-
15
    captioned case, the Court finds that such a continuance would serve the ends of justice
16
    and outweigh the best interests of the public and the defendant in a speedy trial; the
17
    Court also finds that the failure to grant such a continuance in this proceeding would be
18
    likely to result in a miscarriage of justice; and, that the failure to grant such a
19
    continuance would unreasonably deny counsel for the defendant the reasonable time
20
    necessary for effective preparation, taking account the exercise of due diligence;
21
    therefore,
22
    //
23
    //
24
    //
25
    //
26
    //

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1

1 //

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                2

1    IT IS HEREBY ORDERED that the **Trial Date be continued to December 5,**

2  **2005 at 9:30 a.m..  The Pretrial Conference/Motion Hearing (if needed) is scheduled**

3  **for Thursday November 10, 2005 at 9:30 a.m.  The motions cutoff is continued to**

4  **October 3, 2005.**   The period of delay resulting from this continuance from July 20,

5  2005 to December 5, 2005 is hereby excluded for speedy trial purposes under 18 U.S.C.

6  §3161(h)(8)(A) and (B).

7    IT IS SO ORDERED this 22nd day of July, 2005.

8  _____

9  RONALD B. LEIGHTON
   UNITED STATES DISTRICT JUDGE

10 Presented By:

11  /s/_____          /s/_____
   Linda R. Sullivan                    Janet Freeman

12 Attorney for Defendant               Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**